UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.

<u>Isaias Soto</u>

Criminal No. 12-cr-150-01-JD

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 8) filed by defendant is granted; Trial is continued to the two-week period beginning June 18, 2013, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                           */s/ Joseph A. DiClerico, Jr.*
                                           Joseph A. DiClerico, Jr.
                                           United States District Judge

Date: April 4, 2013

cc: Jeffrey Levin, Esq.
    Alfred Rubega, Esq.
    U.S. Marshal
    U.S. Probation